**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-7205

DAVID HICKS,

Petitioner - Appellant,

v.

FEDERAL BUREAU OF PRISONS; JOHN LAMANNA, Warden of FCI
Edgefield in his official capacity,

Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Henry F. Floyd, District Judge.
(0:08-cv-01911-HFF)

Submitted:  December 15, 2009       Decided:  December 18, 2009

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Hicks, Appellant Pro Se. Beth Drake, Assistant United
States Attorney, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Hicks, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (2006) petition and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Hicks v. Fed. Bureau of Prisons, No. 0:08-cv-01911-HFF (D.S.C. Mar. 16, 2009; filed June 22, 2009 and entered June 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED